# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DR. STEVEN ARKIN, a Florida resident, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 8:16-cv-00589-SCB-EAJ<br>) |
| v. | ) **CLASS ACTION**<br>) |
| GENERAL HOME MEDICAL SUPPLY, INC. and JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff DR. STEVEN ARKIN hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

Respectfully submitted,

DR. STEVEN ARKIN, individually and as the representative of a class of similarly-situated persons

s/ Ross M. Good
Ross M. Good – FL Bar No.: 116405
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500 / Fax: 847-368-1501
Email: rgood@andersonwanca.com
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                /s/  Ross M. Good